IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Adrienne Lemon, Sr., | ) | C/A No.:  3:10-cv-2758-JFA |
| | ) | |
| Plaintiff, | ) | ORDER FOR SUBMISSION |
| vs. | ) | OF DISCOVERY STATUS REPORT |
| | ) | |
| John Doe in his capacity as officer for the | ) | |
| City of Sumter Police Department; Richard | ) | |
| Rose in his capacity as officer for the Sumter | ) | |
| County Sheriff's Department; City of | ) | |
| Sumter Police Department; and Sumter | ) | |
| County Sheriff's Department, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Each party to this action is requested to complete and file with the Clerk the attached

Discovery Status Report within fourteen (14) days from the date of this order.[1]

IT IS SO ORDERED.

February 7, 2011                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge

_____

[1] The Discovery Status Report called for by this order takes the place of the Discovery Telephone
Status Call referenced in the court's scheduling order.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

|                                    |     |                          |
|------------------------------------|-----|--------------------------|
|                                    | )   | C/A No.:                 |
|                                    | )   |                          |
| Plaintiffs,                        | )   |                          |
| vs.                                | )   | DISCOVERY STATUS REPORT  |
|                                    | )   |                          |
|                                    | )   |                          |
| Defendants.                        | )   |                          |
|                                    | )   |                          |
| _____  | )   |                          |

Party Submitting Report:_____

1.    Are the parties on track to complete discovery on or before the discovery deadlines set forth
      in the most current scheduling order?

      ❒    Yes
      ❒    No

2.    Indicate the date on which the first set of interrogatories were (or will be) served on your
      opponent:_____

3.    Indicate the date on which the first deposition was (or will be) scheduled:
      _____

4.    Indicate what discovery remains to be completed in this case:
      _____
      _____
      _____

Date:_____          _____
                                   Signature

                                   _____
                                   Printed Name and Fed. Bar No.

                                   _____
                                   Party Represented